**Pamela J. ANDERSON, Plaintiff–Appellant,**

v.

**Patricia HUFFMAN; Kim Ware; Tracy Meyerhoffer; Larry Huffman; Correctional Medical Services; John Barnett, MD; Ruth Nesbitt; Arlene Johnson; Lerla Joseph, MD; Prison Health Services; E. Looney; Fred Schilling, MD; T. Hicks, Sergeant, Defendants–Appellees.**

No. 02–6177.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2002.

Decided April 8, 2002.

Pamela J. Anderson, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Pamela J. Anderson, a Virginia inmate, appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Anderson v. Huffman,* No. CA–01–602–7 (W.D.Va. Jan. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*